853 F.2d 918
 132 L.R.R.M. (BNA) 2688
 International Ladies' Garment Workers Union, Dressmakers'
Joint Council, New York Coat, Suit, Dress, Rainwear and
Allied Workers' Union, ILGWU, Northeast, Western
Pennsylvania and Ohio Department ILGWU, Shamokin-Sunbury
District Council, Locals 185-306-351,
v.
National Labor Relations Board, West Side Sportswear, Inc.
 NOS. 87-3743, 88-3010
 United States Court of Appeals,
Third Circuit.
 JUN 07, 1988
 
 1
 Appeal From: N.L.R.B.
 
 
 2
 REVIEW DENIED AND ORDER ENFORCED.